UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LISA PECANTY, | * | CIVIL ACTION NO. 14-59-JJB-SCR |
| Plaintiff, | * | |
| v. | * | JUDGE BRADY |
| TURNER INDUSTRIES GROUP, LLC, | * | MAG. JUDGE RIEDLINGER |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER OF DISMISSAL

Considering the above and foregoing Joint Motion to Dismiss with Prejudice filed by Plaintiff, Lisa Pecanty, and Defendant, Turner Industries Group, LLC, and it appearing that the arbitration has been fully and finally dismissed,

**IT IS ORDERED, ADJUDGED AND DECREED** that the above-captioned and numbered cause is hereby **DISMISSED WITH PREJUDICE**, each side to bear its own attorneys' fees and costs.

Baton Rouge, Louisiana, this 10th day of November, 2014.

_____
UNITED STATES JUDGE